**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* Fed. Cir. R. 36.

(PROST, CLEVENGER, and LINN, Circuit Judges).

**JUDGMENT**

PER CURIAM.

THIS CAUSE having been heard and considered, it is ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

Celestine PORTER, Petitioner,

v.

**DEPARTMENT OF THE NAVY, Respondent.**

No. 2013–3013.

United States Court of Appeals, Federal Circuit.

July 18, 2013.

Morris E. Fischer, Law Office of Morris E. Fischer, of Silver Spring, MD, argued for petitioner.

Phyllis Jo Baunach, Trial Attorney, Commercial Litigation Branch, Civil Division, United States Department of Justice, of Washington, DC, argued for respondent. On the brief were Stuart F. Delery, Principal Deputy Assistant Attorney General, Jeanne E. Davidson, Director, Todd M. Hughes, Deputy Director, and Jane C. Dempsey, Trial Attorney. Of counsel was Tracey Rockenbach, Naval Litigation Office, United States Department of Navy, of Washington, DC.

Katrina A. RANDOLPH, Petitioner,

v.

**SMITHSONIAN INSTITUTION,** Respondent.

No. 2013–3106.

United States Court of Appeals, Federal Circuit.

July 18, 2013.

Before DYK, PROST and O'MALLEY, Circuit Judges.

**ORDER**

PER CURIAM.

The court considers whether to dismiss Katrina A. Randolph's petition for lack of jurisdiction.

Randolph's representative received the Merit Systems Protection Board's decision in her case on February 22, 2013. Her petition was initially received by the court on April 25, 2013.

A petition for review of an MSPB decision must be filed "within 60 days after the Board issues notice" of its decision. 5